

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**



ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

September 28, 2007

**VIA FACSIMILE**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

                Re:   Herbert Cephas v. Robert Ercole,
                     07 Civ. 6048 (NRB)

Your Honor:

      I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I respectfully request an extension of time to respond to the petition for a writ of habeas corpus from October 5, 2007 to December 7, 2007.

      In Your Honor's Order dated August 14, 2007, you ordered that my office file its response by October 5, 2007. Although a copy of the record in this case has been made available, our office has not yet received the transcripts. I am respectfully requesting an extension of time so that I may obtain and review the transcripts and prepare a thorough response to the petition. Although I am requesting an extension to December 7, 2007, I will make every effort to file my response before that time. This is my first request for an extension.

      I thank the Court for its consideration to this matter.

                                         Respectfully submitted,

                                         Priscilla Steward
                                         Assistant Attorney General
                                         Federal Habeas Corpus Section
                                         (212) 416-8737

[Handwritten notation: "So Ordered / Naomi Reice Buchwald / USDJ / 10/1/07"]


120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

cc:　Herbert Cephas
　　　03-A-5301
　　　Green Haven Correctional Facility
　　　P.O. Box 4000
　　　Stormville, New York 12582