

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

December 3, 2007

**VIA FACSIMILE**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007



Re:  Herbert Cephas v. Robert Ercole,
     07 Civ. 6048 (NRB)

Your Honor:

I am writing to request a brief extension to until December 19, 2007, to complete the Attorney General's response to the habeas corpus petition in the above-referenced matter. Your Honor previously granted respondent an extension of time until December 7, 2007, to file the Attorney General's response. However, because of my extensive caseload, which includes three habeas petition responses over the last month and another habeas response also due this week, I need additional time to fully respond to petitioner's claims. I therefore respectfully request an extension of time in which to file a response until December 19, 2007. I have not contacted petitioner regarding this extension because he is incarcerated and appearing pro se.

I thank the Court for its consideration to this matter.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8028 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

cc: Herbert Cephas
03-A-5301
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582