MEMO ENDORSED

Herbert Cephas 03A5301
Green Haven Correctional Facility
Post Office Box 4000
Stromville, New York 12582

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

January 8, 2008

JAN 1 7 2008

MEMO ENDORSED

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Room 2270
500 Pearl Street
New York, NY 10007

Endorsement

An extension of sixty (60) days until March 24, 2008 is granted for the petitioner to reply to respondents answer.

So Ordered:

[signature]
USDJ
2/5/08

Re: Herbert Cephas v. Robert Ercole, 07CV6048 (NRB)

Dear Hon. Buchwald:

I am writing this letter to request an extension of time to reply to the Respondent's answer to the my petition for a writ of habeas corpus dated May 30, 2007. I am requesting a 60 day or more extension.

On December 19, 2007, the Respondent submitted its answer. I, however, did not receive it until on or about December 27, 2007. On January 8, 2008, the facility authorized an inmate law clerk to assist me in the preparation and filing of any papers relative to the above referenced matter. A copy of that authorization is attached hereto. I will be scheduled to attend the inmate law library on January 22, 2008, so that I may provide the complete record to the inmate law clerk. Given my limited education and my lack of comprehension, I cannot assist myself. Therefore, any and all legal papers submitted to this Honorable court will be prepared by my authorized legal assistant, Mr. Eric Page.

The above requested time is reasonable because my legal assistant must familiarize himself with the record of the proceedings, conduct legal research, write and type the draft papers, and package the papers. The inmate law clerks at this facility are extremely over burdened because there are a lot of indigent and uneducated inmates that seek their

assistance.

Therefore, I am requesting an extension of time in the amount of sixty (60) days ~~or more~~ to prepare and file a reply to Respondent's answer.

Respectfully yours,

*Herbert Cephas*
Herbert Cephas

HC/eap

cc: ✓ J. Michael McMahon
    Clerk of the Court

    Priscilla Steward